TORRUELLA, Circuit Judge
(Concurring).
I reluctantly join the denial of this motion. This Court is unable to provide an effective remedy for Plaintiff at this late date.
To this I add that this Court has not passed upon the validity of Plaintiffs HAVA claims and, as stated in the dissent issued earlier today, I vehemently disagree with the majority’s view that the NVRA does not apply to Puerto Rico. It may be that if the validity of such claims is established once the case returns to the District Court, and it is shown that Plaintiffs rights were interfered with, anyone found responsible of such conduct could very well be held liable both civilly and criminally under applicable federal statutes. See, e.g., 42 U.S.C. § 1983 and 18 U.S.C. § 245.